# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| **TAYLOR AND KEELY HARRIS,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO.: |
| § | **2:24-cv-00096-Z-BR** |
| **STATE FARM LLOYDS,** § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Taylor and Keely Harris (hereinafter "Plaintiffs") and Defendant State Farm Lloyds (hereinafter "Defendant") announce to the Court that the parties have resolved all claims in this matter. Therefore, Plaintiffs and Defendant hereby move that this matter be dismissed, with prejudice, as to any and all claims which Plaintiffs brought in this case against any and all Defendants.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant this Joint Stipulation of Dismissal with Prejudice and enter an Order of Dismissal. The Parties request all such other and further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Susan E. Egeland*
SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
MATTHEW C. SAPP
State Bar No. 24063563
Matt.sapp@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Ste. 1700
Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 (fax)
**ATTORNEYS FOR DEFENDANT**

AND

*/s/ Benjamin D. Doyle  (w/ permission)*
BENJAMIN D. DOYLE
State Bar no. 24080865
STOCKARD, JOHNSTON, BROWN,
NETARDUS AND DOYLE PC
PO BOX 3280
Amarillo, Texas  79116-3250
(806) 372-2202
(806) 379-7799
bdoyle@sjblawfirm.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been filed with the Court and served to all counsel of record via pacer on February 21, 2025.

 */s/ Susan E. Egeland*
SUSAN E. EGELAND